UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------

W.S MOLNAR CO.

                                 **INITIAL SCHEDULING ORDER**

Plaintiff(s),

                              14   -CV- 4461   (MKE)(VMS)

-against-

GLOBAL METALS CORPORATION, et al.,

Defendant(s)
--------------------------------------------------------

Upon consent of the appearing parties and their counsel, it is hereby **ORDERED** as follows:

1) Defendant(s) shall answer or otherwise move with respect to the complaint by ___N/A___.

2) Automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure must be completed by ___12/12/14___, if not yet completed.

3) Initial document requests and interrogatories will be served no later than ___1/15/15___. If the parties intend to issue interrogatories, they will serve no more than __25__ interrogatories. The parties are aware that the presumptive cap on the number of interrogatories is 25, including subparts.

4) No additional parties may be joined after ___4/30/15___. By this date, the parties may either stipulate to the addition of new parties or commence motion practice for joinder in accordance with the Individual Rules of the District Judge assigned to this case.

5) No amendment of the pleadings will be permitted after ___4/30/15___ unless information unknown to the parties by this date later becomes available to them. By this date, the parties

3

may either stipulate to the amendments of the pleadings or commence motion practice for leave to amend the pleadings in accordance with the Individual Rules of the District Judge assigned to this case.

6) Fact discovery closes __6/1/15__.

*Note: Treating physicians who may be called as witnesses, including as expert witnesses, should generally provide their reports or summaries and be deposed during the fact discovery period.*

7) As to expert disclosures,

   a) The names, qualifications and area(s) of expertise of initial experts shall be served on or before __6/12/15__.

   b) Initial expert witness reports shall be served on or before __6/30/15__.

   c) Rebuttal expert witness reports shall be served on or before __7/31/15__.

8) All discovery, including any depositions of experts, shall be completed on or before __8/31/15__.

   *(Generally, this date must be no later than 9 months after the initial conference.)*

9) On or before __9/2/15__, the parties must file on ECF a joint letter confirming that discovery is concluded.

10) Any dispositive motion practice must be commenced by __9/30/15__, within 30 days of the close of all discovery.

    Parties must consult the Individual Rules of the District Judge assigned to this case to determine, inter alia, if a pre-motion conference letter is required before a dispositive motion is filed, whether a Local Rule 56.1 statement must be submitted with the motion and whether such a motion must be "bundled."

11) A proposed joint pre-trial order must be filed (or if required by the District Judge, a scheduling date must be requested) by __10/30/15__, ~~within 60 days of the close of fact discovery.~~

    This date is not stayed during any dispositive motion practice unless ordered by the District Judge assigned to this case or permitted by the District Judge's Individual Rules.

4

12) Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)?

    a) No __XX__ Do **NOT** indicate which party has declined to consent.

    b) Yes _____

*If yes, fill out the AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge Form and file it on the Court's ECF system. See http://www.uscourts.gov/FormsAndFees/Forms/CourtFormsByCategory.aspx*

13) A discovery status telephone conference/an in-person Status Conference is set for __2/25/15__ at __3:00__ a.m. _X_ p.m. If a telephone conference is scheduled, the conference call will be arranged and initiated by (Plaintiff) or Defendant (circle one) to Chambers at 718 613 2300. ~~A joint discovery status letter must be filed on ECF by~~ ~~_____ in preparation for the conference.~~ *The Court will schedule these dates.*

14) A final pre-trial conference is set for __TBD__. *The Court will schedule this date.*

15) The parties may wish to engage in settlement discussions. To facilitate this process, Plaintiff(s) agree(s) to make a demand on or before __1/30/15__, and Defendant(s) agree(s) to respond to the demand on or before __2/15/15__.

*After the parties have exchanged a demand and response, the Parties may request a settlement conference by filing on ECF a letter that requests a conference and informs the Court of at least three dates when all counsel and all parties with decision-making authority (including, if necessary, insurance representatives) are available for an in-person conference. The parties will be required to submit an ex parte settlement statement letter a week before the conference.*

16) Any additional matters:

→ π will request a certificate of default by 12/17/14, and make a default motion with 30 days of entry of the certificate.

→ By 12/19/14, the parties will submit a e-discovery plan.

— As counsel will investigate the discovery in the Calif. litigation and show the discovery as permitted

5

This scheduling order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date hereof.

Dated: Brooklyn, New York
12/3/14

_____/s/_____
VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE

**CONSENTED TO BY COUNSEL:**

Signature:_____
Name:
*Attorney for Plaintiff(s)*
Address:
E-mail:
Tel.:
Fax:

Signature:_____

Name:
*Attorney for Defendant(s)*
Address:
E-mail:
Tel.:
Fax:

*(Additional counsel should provide the same information.)*

6

This scheduling order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date hereof.

Dated: Brooklyn, New York

_____
VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO BY COUNSEL:

Signature:_____
Name:
*Attorney for Plaintiff(s)*
Address:
E-mail:
Tel.:
Fax:

Signature:_____
Name: Adam P. Freedman
*Attorney for Defendant(s)* Allegheny Casualty Co.
Address: 140 Broadway, 46th Floor NYC 10005
E-mail: afriedman@wolffsamson.com
Tel.: 212-973-0572
Fax: 973-530-2029

*(Additional counsel should provide the same information.)*

6