# Record of Conference and Orders: Vera M. Scanlon, USMJ

Case: __W. S. Molnar v Global Retail Corp__ Civ. A.: __14-4466__ Date: __2/25/2015__

**ECF Recording in 504N:** ☑ Telephone Conference  ☐ In-person Conference

2:58 - 3:11

**Counsel:** (See separately docket entry or document for specific appearances)
☑ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☑ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**
☐ Initial Conference  ☑ Status Conference  ☐ Settlement Conference  ☐ Motion Hearing  ☐ Discovery Conference
☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder        ☐ To be served    ☐ To be filed
   ☐ Complaint  ☐ Answer                   ☐ On consent  ☐ By motion  ☐ By PMC letter
☐ Joint status letter to be filed

☑ Status conference                        Date: __4/17/15__  Time: __2:30 pm__
   ☐ In person  ☑ Telephone (718) 613-2300  To be organized by: __Global__

☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated         ☐ PMC letter  ☐ Briefing
☐ Joint pre-trial order to be filed         ☐ Letter for conference  ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                    Date:              Time:

**Additional Orders:** The 12/3/14 Order dates remain in force.