UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
W.S. MOLNAR CO. d/b/a SLIPNOT METAL
SAFETY FLOORING,

                Plaintiff,

  -against-

GLOBAL METALS CORPORATION,
TRITON STRUCTURAL CONCRETE, INC.,
ALLEGHENY CASUALTY COMPANY, and
LIBERTY MUTUAL INSURANCE
COMPANY

                Defendants.
----------------------------------------------------------------X

Civil Action No.:
14-cv-04461(MKB)(VMS)

**RULE 7.1 STATEMENT**

Defendant, Global Metals Corporation ("Global Metals"), by its attorneys, D'Agostino, Levine, Landesman & Lederman, LLP, states as follows pursuant to Federal Rule of Civil Procedure 7.1:

Defendant Global Metals has no parent corporation or subsidiaries or publicly held corporation owning 10% or more of its stock.

Dated:  New York, New York
          February 26, 2015

                                      D'Agostino, Levine, Landesman &
                                      Lederman, LLP

                        By:  _____
                             Bruce H. Lederman, Esq. (BL 5758)
                             *Attorneys for the Defendant*
                             *Global Metals Corporation*
                             345 Seventh Avenue, 23rd Floor
                             New York, NY  10001
                             Tel:    (212) 564-9800
                             Fax:   (212) 564-9802
                             blederman@dagll.com